IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-133 (LMB/IDD) |
| ) | |
| HAMPTON UNIVERSITY, et al., ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff's Unopposed Motion for Leave to Proceed Under a Pseudonym [Dkt. No. 10] has shown good cause for the requested relief and is therefore GRANTED. Plaintiff John Doe's Unopposed Motion to File Certain Unredacted Documents Under Seal ("Motion to Seal") suffers from two defects. [Dkt. No. 7]. Although plaintiff filed both redacted and unredacted versions of the documents, the redacted version of Exhibit A [Dkt. No. 1-2] is a different document than the unredacted version of Exhibit A [Dkt. No. 12]. In addition, plaintiff did not include "a non-confidential proposed order" as required by Local Civil Rule 5(c). Accordingly, plaintiff's Motion to Seal is DENIED WITHOUT PREJUDICE to refiling a corrected version, and it is hereby

ORDERED that plaintiff's counsel consult the court's Local Rules and the Alexandria Chambers Copies, Motion Dockets, and Other Division-Specific Information, before filing another motion.

The Clerk is directed forward copies of this Order to counsel of record.

Entered this 10 day of February, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge