JUN 23 2022

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
#### (Alexandria Division)

JOHN DOE,                    )

                                 )

          **Plaintiff,**        )

                                 )

v.                         )     **Civil Action No. 1:22-cv-00133-LMB-IDD**

                                 )

**HAMPTON UNIVERSITY, et al.**     )

                                 )

          **Defendants.**     )

                                 )

## PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff John Doe, by and through his undersigned counsel, and Defendants,

Hampton University, Barbara L. Inman, and Aleczander M. Whitfield, jointly by counsel, and,

being all of the parties to this action, jointly stipulate and agree and pursuant to Rule 41(a)(1)(ii)

of the Fed. R. Civ. P. that this action, and each and every count and claim asserted therein, be

dismissed with prejudice, with each party to bear their own costs, expenses and fees.

A proposed order is attached hereto.

Respectfully submitted this _____ day of June, 2022,

Robyn H. Hansen (VSB No. 23134)
Brian G. Muse (VSB No. 47218)
SANDS ANDERSON PC
263 McLaws Circle, Suite 205
Williamsburg, VA 23185
Telephone: (757) 208-0301
Facsimile: (757) 378-5409
E-mail: rhansen@sandsanderson.com
E-mail: bmuse@sandsanderson.com
*Counsel for Defendants*

Michael M. York, Esquire
Wehner & York, P.C.
11860 Sunrise Valley Drive, Suite 100
Reston, VA  20191
myork@wehneryork.com
*Counsel for Plaintiff*

and

Susan C. Stone, Esquire
Kristina W. Supler, Esquire
Kohrman Jackson & Krantz, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH  44114
scs@kjk.com
kws@kjk.com
*Counsel for Plaintiff*