IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

JOHN DOE,

    Plaintiff,

v.

HAMPTON UNIVERSITY, et al.

    Defendants.

Civil Action No. 1:22-cv-00133-LMB-IDD

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff John Doe, by and through his undersigned counsel, and Defendants, Hampton University, Barbara L. Inman, and Aleczander M. Whitfield, have announced to the Court that all matters in controversy against Defendants been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the claims and causes of action that were, or could have been, asserted herein by Plaintiff John Doe against Defendants, Hampton University, Barbara L. Inman, and Aleczander M. Whitfield are in all respects DISMISSED WITH PREJUDICE to the refiling of the same, with each party to bear their own costs, expenses and fees.

*The Clerk is directed to close this civil action.* /LMB/

ENTERED this 24th day of June, 2022.

/s/ *LMB*
Leonie M. Brinkema
United States District Judge

**WE ASK FOR THIS**:

*[signature]*

Michael M. York, Esquire
Wehner & York, P.C.
11860 Sunrise Valley Drive, Suite 100
Reston, VA 20191
myork@wehneryork.com
*Counsel for Plaintiff*

and

Susan C. Stone, Esquire
Kristina W. Supler, Esquire
Kohrman Jackson & Krantz, LLP
1375 E. 9th Street, 29th Floor
Cleveland, OH 44114
scs@kjk.com
kws@kjk.com
*Counsel for Plaintiff*


**SEEN AND AGREED**:

*[signature]*

Robyn H. Hansen (VSB No. 23134)
Brian G. Muse (VSB No. 47218)
SANDS ANDERSON PC
263 McLaws Circle, Suite 205
Williamsburg, VA 23185
Telephone: (757) 208-0301
Facsimile: (757) 378-5409
E-mail: rhansen@sandsanderson.com
E-mail: bmuse@sandsanderson.com
*Counsel for Defendants*